No. 41269.—Protest 970423–G of Henry L. Goetz (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) the paper weights and pencil holders in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 41270.—Protest 970656–G of N. Y. Merchandise Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of gun-metal finish calendars chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.   Abstract 40681 cited.

No. 41271.—Protest 971412–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 41272.—Protests 972167–G, etc., of Graf & Co. (San Francisco).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of irons similar to those passed upon in Abstract 38680.   The claim at 40 percent under paragraph 339 was therefore sustained.

No. 41273.—Protest 982324–G of B. Altman & Co. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of inkstands, paper knives, bookmarks, and letter clips chiefly used on the table, in the kitchen, or in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.